# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2930 CAS (PLAx) | Date | September 27, 2010 |
|---|---|---|---|
| Title | EXPORT-IMPORT BANK OF THE UNITED STATES v. UNITED CALIFORNIA DISCOUNT CORP. DBA UNITED NEVADA TRADE INTERNATIONAL, DBA UNITED CALIFORNIA FACTORS, AND DBA UNITED CALIFORNIA TRADE FINANCE | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers): PLAINTIFF'S MEMORANDUM IN SUPPORT OF AWARD OF PREJUDGMENT INTEREST, ATTORNEYS' FEES AND LITIGATION EXPENSES**

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

On September 10, 2010, in accordance with the Court's August 31, 2010 Order Granting Plaintiff's Motion for Summary Judgment, plaintiff Export-Import Bank of the United States ("Ex-Im") filed the instant memorandum in support of an award of prejudgment interest. On September 15, 2010, defendant United California Discount Corp. dba United Nevada Trade International, dba United California Factors, and dba United California Trade Finance ("UCDC") submitted its response.

As UCDC points out in its response, Ex-Im's memorandum in support of an award of prejudgment interest includes a motion for attorneys' fees and litigation costs. Opp'n at 1. Accordingly, the Court orders the following briefing schedule with respect to Ex-Im's motion for attorneys' fees and litigation costs.

The Court orders UCDC to submit a response to Ex-Im's memorandum in support of an award of prejudgment interest, attorneys' fees, and litigation expenses within fourteen (14) days from the date of this Order. Ex-Im shall have seven (7) days after UCDC's response to file a reply. The Court will take the matter under submission.

IT IS SO ORDERED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

0

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2930 CAS (PLAx) | Date | September 27, 2010 |
|---|---|---|---|
| Title | EXPORT-IMPORT BANK OF THE UNITED STATES v. UNITED CALIFORNIA DISCOUNT CORP. DBA UNITED NEVADA TRADE INTERNATIONAL, DBA UNITED CALIFORNIA FACTORS, AND DBA UNITED CALIFORNIA TRADE FINANCE | | |

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |