ANDRÉ BIROTTE JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
brent.whittlesey@usdoj.gov
California Bar Number:   73493
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-5900

Attorney for Plaintiff
Export-Import Bank of the
United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EXPORT-IMPORT BANK OF THE UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED CALIFORNIA DISCOUNT CORPORATION dba UNITED NEVADA TRADE INTERNATIONAL dbd UNITED CALIFORNIA FACTORS, and dba UNITED CALIFORNIA TRADE FINANCE,<br><br>    Defendant. | No. CV 09-2930-CAS<br><br>~~(PROPOSED)~~ **JUDGMENT** |

    Pursuant to the Court's order dated January 12, 2011, judgment is hereby entered in favor of plaintiff Export-Import Bank of the United States and against defendant United California Discount Corporation dba United Nevada Trade International, dba United California Factors, and dba United California Trade

Finance in the amount of $788,351.64, consisting of damages in the amount of $660,209.60, prejudgment interest through January 12, 2011 in the amount of $60,580.11, attorneys' fees in the amount of $58,600,00, and litigation expenses in the amount of $8,961.93.

DATED: January 19, 2011

_____
HON. CHRISTINA A. SNYDER
United States District Judge

Presented by:

ANDRÉ BIROTTE JR
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

        /S/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorney for Plaintiff
Export-Import Bank of the
United States

2